## Second Department, June, 1977

### (June 1, 1977)

■ In the Matter of CONGREGATION AHAVATH ACHIM OF FLATBUSH. SAM SILVERSTEIN, Respondent; JACK STEIN et al., Appellants.—In a proceeding by a religious corporation for leave to sell its real property, on which a synagogue is located, the appeal is from an order of the Supreme Court, Kings County, entered May 31, 1977, which, after a hearing, *inter alia,* granted the application. Order affirmed, without costs or disbursements, upon the opinion of Mr. Justice Greenspun at Special Term. Gulotta, P. J., Hopkins, Titone and O'Connor, JJ., concur.

### (June 3, 1977)

■ In the Matter of JOSEPH WEINSTOCK et al., Petitioners, v JUSTICES OF THE SUPREME COURT OF KINGS COUNTY et al., Respondents.—In a proceeding under article 78 of the CPLR, petitioners move for a writ of prohibition and the dismissal of Indictments Nos. 3450-76 and 3651-76 against them for perjury before the Grand Jury for the County of Kings on the ground that the Grand Jury lacked jurisdiction over the subject matter of the investigation. Application denied and proceeding dismissed, without costs. The issue of whether the Special Prosecutor was authorized to appear before the Grand Jury (in view of the minimal relationship of Kings County to the alleged acts of the petitioners) is subject to challenge on appeal from a judgment of conviction, should that occur, but is not subject to interlocutory review in an article 78 proceeding. Kings County has geographic jurisdiction, since the offense relates to alleged perjury before the Kings County Grand Jury (cf. *Matter of Steingut v Gold,* 54 AD2d 481). Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.